■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN

BARBERA, Appellant.—Judgment, Supreme Court, New York County, rendered on March 23, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Silverman, Fein, Sandler and Sullivan, JJ.